# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GRECIA<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>    Defendant. | Case No. |

## COMPLAINT FOR PATENT INFRINGEMENT

William Grecia brings this patent-infringement action against Walgreen Co. (hereinafter, "Walgreens").

### Parties

1. William Grecia is an individual residing in Downingtown, Pennsylvania.

2. Walgreens is an Illinois corporation, having its principal place of business in Deerfield, Illinois.

### Jurisdiction and Venue

3. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court may exercise personal jurisdiction over Walgreens. Walgreens' principal place of business is within this District; Walgreens conducts continuous and systematic business in this District; and this patent-infringement case arises directly from Walgreens' continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over Walgreens would be consistent with the Illinois long-arm statute and traditional notions of

fair play and substantial justice.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1)-(2) and 1400(b).

### Infringement of U.S. Patent No. 8,533,860

7. Mr. Grecia owns United States Patent 8,533,860 (the "'860 patent") (attached hereto as Exhibit A).

8. Walgreens infringes claims 21, 22, and 23 of the '860 patent as set forth in the attached claim chart, Exhibit B, which is incorporated herein.

### Prayer for Relief

WHEREFORE, William Grecia prays for the following relief against Walgreens:

(a) Judgment that Walgreens has directly infringed claims of the '860 patent;

(b) For a reasonable royalty;

(c) For pre-judgment interest and post-judgment interest at the maximum rate allowed by law;

(d) For injunctive relief; and

(e) For such other and further relief as the Court may deem just and proper.

### Demand for Jury Trial

Grecia demands a trial by jury on all matters and issues triable by jury.

Date: <u>March 14, 2018</u>

*/s/ Matthew M. Wawrzyn*
Matthew M. Wawrzyn (#6276135)
*matt@wawrzynlaw.com*
Stephen C. Jarvis (#6309321)
*stephen@wawrzynlaw.com*
WAWRZYN & JARVIS LLC
2700 Patriot Blvd., Suite 250
Glenview, IL 60026
(847) 656-5864
*Counsel for William Grecia*